■ LITTLE RED SCHOOL HOUSE, INC., et al., Respondents, v JERRICK WATERPROOFING CO., INC., Defendant, NORTH SHORE RISK MANAGEMENT, LLC, Respondent, and INSURANCE CORPORATION OF NEW YORK, Appellant. [821 NYS2d 454]—Appeal from or-

der, Supreme Court, New York County (Herman Cahn, J.), entered October 5, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Buckley, P.J., Mazzarelli, Marlow, Sullivan and Gonzalez, JJ.